IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN CLAY, Independent Administrator of the Estate of LILLIE JONES, Deceased, | ) ) ) No. 1:18-cv-3862 |
| Plaintiff, | ) ) |
| vs. | ) Judge Virginia M. Kendall ) |
| MANOR CARE OF SOUTH HOLLAND, IL, L.L.C., | ) Magistrate Judge Jeffrey Cole ) |
| Defendant. | ) |

ORDER APROVING SETTLEMENT

Upon the motion of the Plaintiff, KAREN CLAY, Independent Administrator of the Estate of LILLIE JONES, Deceased, by and through her attorneys, THE ROOTH LAW FIRM, A Professional Corporation, for the entry of an Order approving a settlement of this matter involving causes of action brought under the Illinois Survival Act and Illinois Wrongful Death Act in the amount of $210,000.00, the Court finds as follows:

1. The settlement amount is fair and reasonable.

2. The settlement is allocated in the following manner: Ninety percent (90%) to the Illinois Wrongful Death Act cause of action and ten percent (10%) to the Illinois Survival Act cause of action.

3. The attorney for the Plaintiff is entitled to fees in the amount of $70,000.00.

4. The attorney for the Plaintiff is entitled to reimbursement for expenses attributable to this lawsuit in the amount of $9,856.26.  These expenses listed as follows:

| | |
|---|---|
| Medical Records | 3644.95 |
| Outsourced copying | 245.31 |
| Mediation | 2028.00 |
| Expert witness | 2300.00 |
| Mediation/Trial exhibit | 1178.00 |
| Court costs | 460.00 |
| **Total:** | **$9,856.26** |

5. The net amount distributable among all causes of action is $130,143.74.

6.  The net amount distributable to the Estate of Lillie Jones for the Survival Act cause of action is $13,014.37, less the Medicare Final Demand amount.

7.  That the net distributable to the next-of-kin of Lillie Jones, Deceased, pursuant to the Illinois Wrongful Death Act is $117,129.37.

8.  The next-of-kin of Lillie Jones are determined to have the following percentages of dependency upon Lillie Jones pursuant to the Wrongful Death Act:

| | | |
|---|---|---|
| Tommy S. Jones | Adult son | (16.66%) |
| Debra Ann Jones | Adult daughter | (16.66%) |
| Gloria Delaney | Adult daughter | (16.66%) |
| Beverly Jones | Adult daughter | (16.66%) |
| Karen Clay | Adult daughter | (16.66%) |
| Michael Douglas Jones | Adult son | (16.66%) |

9.  The next-of-kin of Lillie Jones are entitled to the following amounts pursuant to the Illinois Wrongful Death Act:

| | | |
|---|---|---|
| Tommy S. Jones | Adult son | ($19,521.56) |
| Debra Ann Jones | Adult daughter | ($19,521.56) |
| Gloria Delaney | Adult daughter | ($19,521.56) |
| Beverly Jones | Adult daughter | ($19,521.56) |
| Karen Clay | Adult daughter | ($19,521.57) |
| Michael Douglas Jones | Adult son | ($19,521.56) |

IT IS THEREFORE ORDERED that the settlement is approved and the Administrator is authorized and directed to execute releases upon receipt of the sum offered and the amounts distributable to the Estate of Lillie Jones, Deceased, and to the next-of-kin of Lillie Jones pursuant to the Wrongful Death Act shall be accounted for and administered in the Probate division of the Circuit Court of Cook County, where

2

the Estate is pending, and that said amounts shall be paid only after the entry of an Order of the Probate Court authorizing the representative of the Estate to receive the distributable amount and approving the bond or other security required in connection therewith.

    IT IS FURTHER ORDERED that this matter is dismissed with prejudice and without costs.

_____
Hon, Virginia M. Kendall
United States District Judge

Date: October 16, 2018

3